IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASMINE CHATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-06820 |
| vs. ) | |
| ) | Hon. Jorge L. Alonso |
| PROGRESSIVE LEASING, LLC, ) | |
| ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. ) | |

**STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorney and Defendant and its attorney, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all individual claims of Plaintiff against Defendant in this matter shall be and are hereby dismissed WITH PREJUDICE, with each side to bear its own fees and costs.

Dated January 14, 2021

By:

/s/ Michael W. Drew                                    /s/ Daniel JT McKenna

Michael W. Drew                                        Daniel JT McKenna
**Neighborhood Legal, LLC**                            **BALLARD SPAHR LLP**
20 N. Clark, Ste. 3300                                 1735 Market Street, 51st Fl.
Chicago, IL 60602                                      Philadelphia, PA 19103
312-967-7220                                           mckennad@ballardspahr.com
mwd@neighborhood-legal.com

*Attorneys for Defendant*
Michael Wood                                           Progressive Leasing
**Community Lawyers LLC**
20 N. Clark Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 265-3227
mwood@communitylawyersgroup.com

*Attorneys for Plaintiff*